# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JOSEPH L. DANFORTH  
2020 PRICE STREET  
ROCKFORD, IL 61103  

SSN-xxx-xx-9612

Case Number: 07-71970

Case filed on: 8/21/2007  
Plan Confirmed on: 1/18/2008  

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $2,850.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 1,148.28 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 1,148.28 | 0.00 |
| 999 | JOSEPH L. DANFORTH | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CHASE HOME FINANCE | 7,526.25 | 117.14 | 117.14 | 0.00 |
| 004 | HSBC AUTO FINANCE (f/k/a HOUSEHOLD AUTO) | 6,084.77 | 5,488.00 | 904.46 | 474.10 |
|  | Total Secured | 13,611.02 | 5,605.14 | 1,021.60 | 474.10 |
| 002 | CITIZENS FINANCE | 973.95 | 973.95 | 0.00 | 0.00 |
| 003 | HEIGHTS FINANCE | 2,719.29 | 2,719.29 | 0.00 | 0.00 |
| 004 | HSBC AUTO FINANCE (f/k/a HOUSEHOLD AUTO) | 0.00 | 596.77 | 0.00 | 0.00 |
| 005 | HARDYMAN & ASSOCIATES LTD | 2,934.77 | 2,934.77 | 0.00 | 0.00 |
| 006 | AMERICAN CASH-N-GO INC | 2,285.26 | 2,285.26 | 0.00 | 0.00 |
| 007 | MUTUAL MANAGEMENT SERVICES | 1,321.57 | 1,321.57 | 0.00 | 0.00 |
| 008 | SWEDISH AMERICAN ER PHYSICIANS | 319.48 | 319.48 | 0.00 | 0.00 |
| 009 | AMERICAN CASH-N-GO INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | STERLING KAY JEWELERS DBA KAY JEWELERS | 1,080.90 | 1,080.90 | 0.00 | 0.00 |
| 011 | ASSET ACCEPTANCE CORP | 485.59 | 485.59 | 0.00 | 0.00 |
| 012 | MUTUAL MANAGEMENT SERVICES | 142.54 | 142.54 | 0.00 | 0.00 |
|  | Total Unsecured | 12,263.35 | 12,860.12 | 0.00 | 0.00 |
|  | Grand Total: | 28,874.37 | 21,465.26 | 2,169.88 | 474.10 |

Total Paid Claimant: $2,643.98  
Trustee Allowance: $206.02  
Percent Paid Unsecured: 0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 10/30/2008    By /s/Heather M. Fagan